IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

UNITED STATES OF AMERICA,

v.  CASE NO. 5:03cr12-RH/WCS

DANIEL MARCUCCI,

    Defendant.

_____/

**ORDER DENYING MOTION FOR
REDUCTION OF SENTENCE**

This matter is before the court on the magistrate judge's report and recommendation (document 23) and the objections thereto (document 24). I have reviewed de novo the issues raised by the objections. Upon consideration,

IT IS ORDERED:

The report and recommendation is ACCEPTED and adopted as the opinion of the court. Defendant's motion for reduction of sentence (document 22) is DENIED.

SO ORDERED this 7th day of December, 2005.

                                           s/Robert L. Hinkle
                                           Chief United States District Judge